**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12-cv-00698-GCM**

| | |
|---|---|
| ROBERT DAVIS TURNER, <br><br> Plaintiff, <br><br> v. <br><br> BOONE & OAKLEY, LLC, <br><br> Defendant. | |

### STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE BETWEEN ROBERT DAVIS TURNER AND BOONE & OAKLEY, LLC

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Robert Davis Turner and Defendant Boone & Oakley, LLC hereby stipulate to the dismissal of all claims between the two said parties only, <u>with prejudice</u>, and with each party bearing its own costs and attorneys' fees.

Respectfully submitted this the 31st day of May 2013.

| | |
|---|---|
| s/Thomas D. Garlitz | s/Jonathan E. Buchan, Jr. |
| Thomas D. Garlitz | Jonathan E. Buchan, Jr. |
| N.C. Bar No. 8277 | N.C. Bar No. 8205 |
| Thomas D. Garlitz, PLLC | Brian P. Troutman |
| Suite 930, The Johnston Building | N.C. Bar No. 40131 |
| 212 South Tryon Street | McGuireWoods LLP |
| Charlotte, NC 28281 | 201 North Tryon St., Suite 3000 |
| Telephone: 704.372.1282 | Charlotte, NC 28202 |
| Facsimile: 704.372.1621 | Telephone: 704.343.2000 |
| Email: tgarlitz@gwattorneys.com | Facsimile: 704.343.2300 |
| | Email: jbuchan@mcguirewoods.com |
| *Attorney for PlaintiffRobert Davis Turner* | Email: btroutman@mcguirewoods.com |
| | *Attorneys for Defendant Boone & Oakley, LLC* |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2013, I electronically filed the foregoing **STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE BETWEEN ROBERT DAVIS TURNER AND BOONE & OAKLEY, LLC** with the Clerk of Court for the United States District Court for the Western District of North Carolina using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

This the 31st day of May 2013.

                                            s/ Thomas D. Garlitz
                                            Thomas D. Garlitz
                                            N.C. Bar No. 8277
                                            *Attorney for Plaintiff Robert Davis Turner*

.